# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY WAYNE LANIER JR.
 a/k/a "Thomas"

_____ /

**SEALED**
**INDICTMENT**

4:26cr7-RH

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 20, 2025, in the Northern District of Florida, the

defendant,

### ANTHONY WAYNE LANIER JR.,
### a/k/a "Thomas,"

using a facility and means of interstate commerce, did knowingly attempt to

persuade, induce, and entice, an individual, who had not attained the age of 18

years, to engage in sexual activity for which any person can be charged with a

criminal offense.

In violation of Title 18, United States Code, Section 2422(b).


FILED USDC FLND TL
FEB 3 '26 PM 1:33

## COUNT TWO

On or about November 20, 2025, in the Northern District of Florida, the defendant,

**ANTHONY WAYNE LANIER JR.,**
**a/k/a "Thomas,"**

did knowingly attempt to transfer, by means of interstate commerce, obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2428. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

**ANTHONY WAYNE LANIER JR.,**
**a/k/a "Thomas,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all of his interest in:

2

A.     Any property, real or personal, used or intended to be used to commit or facilitate the commission of the violations alleged in Counts One and Two of this Indictment; and

B.     Any property, real or personal, constituting or derived from any proceeds traceable to, or proceeds obtained directly or indirectly as a result of, the violations alleged in Counts One and Two of this Indictment.

C.     If, as the result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

     i.      cannot be located upon the exercise of due diligence;

     ii.     has been transferred or sold to, or deposited with, a third person;

     iii.    has been placed beyond the jurisdiction of the Court;

     iv.     has been substantially diminished in value; or

     v.      has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(2),

and by Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of the defendant up to the value of any forfeitable property

described above.

A TRUE BILL:

FOREPERSON

2/3/26
DATE

JOHN P. HEEKIN
United States Attorney

MEREDITH L. STEER
Assistant United States Attorney